IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

W. SCOTT ESCHE and MONICA
ESCHE, et al.,
     Plaintiffs,

v.                                                                     Case No. 3:07cv423/MCR/EMT

STAN W. WARE,
     Defendant.
_____/

**O R D E R**

     This cause is before the court upon Plaintiffs' Motion to Compel Disclosure of Location of Vessel; To Restrain Defendant From Removing The Vessel From Its Current Location; To Compel Defendant to Allow Entry and Inspection of the Vessel; and Motion for Sanctions (Doc. 21).  Before the court rules on this matter, Defendant shall have an opportunity to respond.[1]

     Accordingly, it is **ORDERED**:

     Defendant shall respond to Plaintiffs' motion on or before **FRIDAY, FEBRUARY 15, 2008**.

     **DONE AND ORDERED** this 12th day of February 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]Pending resolution of this matter, Defendant shall not move the vessel M/V Gemini from its present location — presumably in Panama City, Florida.