IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

W. SCOTT ESCHE and MONICA
ESCHE, et al.,
    Plaintiffs,

v.                                                     Case No. 3:07cv423/MCR/EMT

STAN W. WARE,
    Defendant.
_____/

**O R D E R**

This cause is before the court upon Plaintiffs' Motion to Compel Disclosure of Location of Vessel; To Restrain Defendant From Removing The Vessel From Its Current Location; To Compel Defendant to Allow Entry and Inspection of the Vessel; and Motion for Sanctions (Doc. 21), and Defendant's response thereto (Doc. 23).  For the reasons outlined in Defendant's response, Plaintiffs' motion shall be denied as moot.

Accordingly, it is **ORDERED**:

1.    Plaintiffs' Motion to Compel Disclosure of Location of Vessel; To Restrain Defendant From Removing The Vessel From Its Current Location; To Compel Defendant to Allow Entry and Inspection of the Vessel; and Motion for Sanctions (Doc. 21) is **DENIED as moot**.

2.    Pursuant to an agreement between the parties, the vessel M/V Gemini 13 shall remain in its current location until Plaintiffs have inspected the vessel on February 21, 2008.  Moreover, the vessel shall not be moved thereafter <u>absent Plaintiffs' written agreement or by order of the court</u>.

**DONE AND ORDERED** this 12th day of February 2008.


                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**