**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**W. SCOTT ESCHE and MONICA
ESCHE, individually, and as parents
and guardians of ZACHARY ESCHE,
a minor, and ZANE ESCHE, a minor,**

      **Plaintiffs,**

**v.**                                                   **CASE NO.: 3:07cv423/MCR/EMT**

**STAN W. WARE,**

      **Defendant.**
_____/

## ORDER AND NOTICE

      The partial motion for summary judgment filed by Defendant Stan W. Ware (doc. 39) will be taken under advisement by the Court on **April 29, 2008**. The parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[1] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

      The motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. FED. R. CIV. P. 56.

      As a final matter, the court directs Defendant to submit hard (<u>i. e.</u>, paper) copies of his motion for summary judgment and all exhibits, along with any other evidentiary

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules or as otherwise directed by the court.

materials he may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **April 29, 2008**. Likewise, Plaintiffs, upon filing their response to the motion for summary judgment and any additional evidentiary material, should also submit hard copies to chambers.

    **DONE and ORDERED** on this 10th day of April 2008.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE